| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 8 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,

    Petitioners,

 v.

UNITED STATES DEPARTMENT OF THE INTERIOR; et al.,

    Respondents,

------------------------------------

ALASKA GASLINE DEVELOPMENT CORPORATION,

    Intervenor.

No. 24-3397

Agency No. Department of Interior

ORDER

    Respondent's unopposed motion (Docket Entry No. 14) for an extension of time to file the certified indices to the administrative records is granted.

    The certified indices are due August 29, 2024.

    The opening brief is due October 9, 2024. The answering brief is due November 8, 2024. The intervenor's brief is due November 22, 2024. The optional reply brief is due within 21 days after service of the intervenor's brief.

                                   FOR THE COURT:

                                   MOLLY C. DWYER<br>                                   CLERK OF COURT